# IN THE SUPREME COURT OF THE STATE OF NEVADA

JAYON ANDERSON,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 83818

**FILED**

DEC 13 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal "from a order denying plaintiff's motion to reconsider judgment for credit time served, which was filed Oct 21, 2021 and denied on Nov 16, 2021." Eighth Judicial District Court, Clark County; Crystal Eller, Judge.

Because no statute or court rule permits an appeal from an order denying a motion for reconsideration in a criminal matter, this court lacks jurisdiction to consider this appeal. *Phelps v. State*, 111 Nev. 1021, 1022–23, 900 P.2d 344, 344–45 (1995); *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

SUPREME COURT
OF
NEVADA

(O) 1947A

21-35377

cc: Hon. Crystal Eller, District Judge
Jayon Anderson
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A